```
                                                                FILED
                                                           November 17, 2025
         UNITED STATES DISTRICT COURT                    CLERK, U.S. DISTRICT COURT
          WESTERN DISTRICT OF TEXAS                      WESTERN DISTRICT OF TEXAS
                AUSTIN DIVISION                         BY: _____MLG_____
                                                                  DEPUTY
```

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br>v<br>**JOSE RODRIGUEZ-QUIJADA**<br>**Defendant** | **INFORMATION**<br><br>[Ct. 1: 8 U.S.C. § 1326 – Illegal Reentry]<br><br>**1:25-CR-00514 ADA-DH** |

**THE UNITED STATES ATTORNEY CHARGES:**
**COUNT ONE**
**Illegal Reentry**
**[8 U.S.C. § 1326]**

On or about November 6, 2025, in the Western District of Texas, Defendant,

**JOSE RODRIGUEZ-QUIJADA,**

an alien, was found in the United States, after having been denied admission, excluded, deported, and removed therefrom on or about August 2, 2023, and Defendant had not obtained consent to reapply for admission from the Attorney General of the United States or the Secretary of Homeland Security.

In violation of 8 U.S.C. § 1326.

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: _____
DANIEL D. GUESS
ASSISTANT UNITED STATES ATTORNEY