## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO:  AU:25-CR-00514(1)-ADA |
| (1) JOSE RODRIGUEZ-QUIJADA | § § | |

### ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed November 21, 2026, wherein the defendant (1) JOSE RODRIGUEZ-QUIJADA waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) JOSE RODRIGUEZ-QUIJADA to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) JOSE RODRIGUEZ-QUIJADA's plea of guilty to Count One (1) is accepted.

Signed this 23rd day of December, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE